**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-10-0000052**
**07-FEB-2014**
**08:45 AM**

NO. CAAP-10-0000052

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE HOLDERS OF BEAR STEARNS ARM TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2005-10,
Plaintiff-Appellee,
v.
JONATHON RALPH STRONG, and SUZANNE STEWART STRONG,
Defendants-Appellants,
and
ASSOCIATION OF APARTMENT OWNERS OF 56-155 H
KAMEHAMEHA HGWY; WELLS FARGO BANK, N.A.,
Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS
1-10, DOE CORPORATIONS 1-10, DOE ENTITIES 1-10
AND DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-2242)


ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed on February 3, 2014 by the parties, and the records and files herein, it appears that (1) the parties have reached a settlement and seek to dismiss the appeal pursuant to Hawai‘i Rules of Appellate Procedure (HRAP) Rule 42(b), (2) the stipulation is signed by counsel for all of the parties, and (3) the parties agree to bear their own attorneys' fees and costs consistent with the terms of the settlement agreement. Therefore,

**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved and the appeal is dismissed. Each party shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, February 7, 2014.

Presiding Judge

Associate Judge

Associate Judge

2